**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry HUNTER, Defendant–Appellant.**

No. 10–11601
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 25, 2010.

Brian Dobbins, Wifredo A. Ferrer, U.S. Attorney, Michael E. Gilfarb, Karen E. Moore, Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

David K. Tucker, Miami, FL, for Defendant–Appellant.

Larry Hunter, Miami, FL, pro se.

Before EDMONDSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

David K. Tucker, appointed counsel for Larry Hunter in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hunter's conviction and sentence are **AFFIRMED.**